UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOUNLAY SIACKASORN,<br>Petitioner,<br>v.<br>BRUCE SCOTT, *et al.*,<br>Respondents. | CASE NO. 2:26-cv-02607-GJL<br><br>ORDER ON PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER |

The Court has considered Petitioner Bounlay Siackasorn's Emergency Motion for an Order preventing his transfer during the pendency of his habeas proceedings. Dkt. 24.

**IT IS SO ORDERED** that, until the Court orders otherwise, Respondents **SHALL NOT** remove Petitioner from the United States or transfer Petitioner to another facility outside the Western District of Washington.

If Respondents oppose Petitioner's position that he should not be transferred out of this jurisdiction while his Petition is pending, the Court **ORDERS** the Parties to meet and confer and present an agreed briefing schedule, or opposing schedules, in a joint motion, on or before **September 8, 2026**.

Dated this 1st day of September, 2026.

Grady J. Leupold
United States Magistrate Judge